IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

**THOMAS LEE SHEPPARD**                                                                 **PLAINTIFF**

**V.**                                    **CASE NO 2:10CV00198 JMM**

**MICHAEL ASTRUE,**
**Commissioner**
**Social Security Administration**                                                 **DEFENDANT**

## JUDGMENT

Pursuant to the Memorandum and Order entered this date, judgment is entered affirming the final decision of the Commissioner and dismissing this case with prejudice. The relief sought is denied.

IT IS SO ORDERED this  27  day of February, 2012.

*/s/ James M. Moody*
James M. Moody
United States District Judge